**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Frank Bavendick, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING** |
| | ) | **STIPULATION TO AMEND** |
| vs. | ) | **SCHEDULING/DISCOVERY PLAN** |
| | ) | |
| Slawson Exploration Company, Inc., | ) | Case No. 4:12-cv-051 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Stipulation to Amend Scheduling/Discovery Plan" filed March 15, 2013.  The court **ADOPTS** the stipulation (Docket No. 16) and **ORDERS** the scheduling order (Docket No. 13) amended as follows:

1. The parties shall have until **May 15, 2013** to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:  Plaintiff will disclose its expert witnesses and their reports by **June 1, 2013**.  Defendants will disclose its expert witnesses and their reports by **July 15, 2013**.

3. The parties shall have until **August 15, 2013** to complete depositions of expert witnesses.

4. The parties shall have until **August 31, 2013** to file other dispositive motions (summary judgment as to all or part of the case).

Dated this 25th day of March, 2013.

                                        */s/ Charles S. Miller, Jr.*
                                        Charles S. Miller, Jr., Magistrate Judge
                                        United States District Court