IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Frank Bavendick, | ) |
| | ) |
| Plaintiff, | )  **ORDER (AMEND) ADOPTING IN PART** |
| | )  **STIPULATION TO AMEND** |
| vs. | )  **SCHEDULING/DISCOVERY PLAN** |
| | ) |
| Slawson Exploration Company, Inc., | )  Case No. 4:12-cv-051 |
| | ) |
| Defendant. | ) |

Before the court is a "Stipulation to Further Amend Scheduling/Discovery Plan" filed by the parties on July, 2013. The court **ADOPTS** the stipulation (Docket No. 22) and **ORDERS** the scheduling order be further amended as follows:

1. The parties shall have until **August 15, 2013** to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: Plaintiff will disclose its expert witnesses and their reports by **August 15, 2013.** Defendants will disclose its expert witnesses and their reports by **September 15, 2013**.

3. The parties shall have until **September 30, 2013** to complete depositions of expert witnesses.

4. The parties shall have until **September 1, 2013** to file other dispositive motions (summary judgment as to all or part of the case).

Dated this 2nd day of August, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court