**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Frank Bavendick, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Slawson Exploration Company, Inc., | ) | Case No. 4:12-cv-051 |
| | ) | |
| Defendant. | ) | |

A settlement conference will be held before the magistrate judge on December 16, 2013, at 9:00 a.m. at the U.S. Courthouse located in Bismarck, North Dakota (courtroom #2).

The conference shall be attended by all parties, together with trial counsel (if they are represented) for each party. An insured party need not attend unless the settlement decision will be made in part by the insured. When the settlement decision will be made in whole or in part by an insurer, the insurer shall send a representative. The persons attending shall be vested with the necessary settlement authority. Any relief from these requirements must be obtained in advance.

The parties are not required to submit a confidential settlement statement to the court prior to the final settlement conference. However, if the parties want to submit such a statement for the court's review, they should do so via fax (701-530-2325) or e-mail (ndd_J-Miller@ndd.uscourts.gov) by December 13, 2013. This statement shall not become a part of the file of the case, but shall be for the exclusive use of the court in preparing for and conducting the settlement conference.

Dated this 11th day of December, 2013.

                                                                                */s/ Charles S. Miller, Jr.*
                                                                                Charles S. Miller, Jr.
                                                                                United States Magistrate Judge